Andrea S. Carlise (State Bar No. 151648)
Eric R. DeWalt (State Bar No. 138560)
Kristin A. Smith (State Bar No. 242643)
PATTON✦WOLAN✦CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612-3582
Telephone: (510) 987-7500
Facsimile: (510) 987-7575
Email: acarlise@pwc-law.com; edewalt@pwc-law.com; ksmith@pwc-law.com

Attorneys for Defendants
ALAMEDA COUNTY, also sued erroneously herein
as ALAMEDA COUNTY PROBATION DEPARTMENT,
LADONNA HARRIS, and ESA EHMEN-KRAUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA HILL, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>THE ALAMEDA COUNTY PROBATION DEPARTMENT, a public agency, ALAMEDA COUNTY, LADONNA HARRIS, individually and in her representative capacity, and ESA EHMEN KRAUSE, individually and in her representative capacity and DOES ONE through FIFTY, inclusive,<br><br>  Defendants. | Case No.: C 14-04856 CRB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br><br><br>Complaint Filed: August 7, 2014 |

**NOTICE IS HEREBY GIVEN THAT,** subject to approval by the court, Defendants, ALAMEDA COUNTY, also sued erroneously herein as ALAMEDA COUNTY PROBATION DEPARTMENT, LADONNA HARRIS, and ESA EHMEN-KRAUSE hereby substitute Andrea S. Carlise, Eric R. DeWalt, and Kristin A. Smith of PATTON✦WOLAN✦CARLISE, LLP, 1999 Harrison

1  Street, Suite 1350, Oakland, CA 94612-3582, as attorneys of record in place and instead of Michael

2  W. Foster and C. Christine Maloney of Foster Employments Law.

3   I consent to the substitution.

5  DATED: November 13, 2015                    ALAMEDA COUNTY, also sued erroneously
6                                              herein as ALAMEDA COUNTY PROBATION
7                                              DEPARTMENT

8                                              By: _____
9                                                  MARY ELLYN GORMLEY
10                                                 Assistant County Counsel

11  I consent to the substitution.

14  DATED: November 16, 2015                   _____
15                                             LADONNA HARRIS

16  I consent to the substitution.

20  DATED: November 13, 2015                   _____
21    ///                                      ESA EHMEN-KRAUSE

I consent to the substitution.

DATED: November 18, 2015        PATTON ♦ WOLAN ♦ CARLISE, LLP


                                By: /s/ Andrea S. Carlise_____
                                    ANDREA S. CARLISE
                                    ERIC R. DeWALT
                                    KRISTIN A. SMITH
                                    Attorneys for Defendants
                                    ALAMEDA COUNTY PROBATION
                                    DEPARTMENT,
                                    ALAMEDA COUNTY, LADONNA HARRIS, and
                                    ESA EHMEN-KRAUSE


I consent to the substitution.

DATED: November 18, 2015        FOSTER EMPLOYMENT LAW


                                By: _/s/ Michael W. Foster_____
                                    MICHAEL W. FOSTER
                                    C. CHRISTINE MALONEY
                                    Former Attorneys for Defendants
                                    ALAMEDA COUNTY PROBATION
                                    DEPARTMENT,
                                    ALAMEDA COUNTY, LADONNA HARRIS,
                                    ESA EHMEN-KRAUSE

THE SUBSTITUTION OF ATTORNEYS IS HEREBY APPROVED AND SO ORDERED.


DATED: November 20, 2015        _____
                                THE HONORABLE CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE

---

NOTICE OF SUBSTITUTION OF COUNSEL                               (Case No. C 14-04856)

3