1  Andrea S. Carlise (State Bar No. 151648)
   Eric R. DeWalt (State Bar No. 138560)
2  Kristin A. Smith (State Bar No. 242643)
   PATTON♦WOLAN♦CARLISE, LLP
3  1999 Harrison Street, Suite 1350
4  Oakland, CA  94612-3582
   Telephone:  (510) 987-7500
5  Facsimile:   (510) 987-7575
   Email:  acarlise@pwc-law.com; edewalt@pwc-law.com;
6  ksmith@pwc-law.com

7  Attorneys for Defendants
8  ALAMEDA COUNTY, also sued erroneously herein
   as ALAMEDA COUNTY PROBATION DEPARTMENT,
9  LADONNA HARRIS, and ESA EHMEN-KRAUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA HILL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE ALAMEDA COUNTY PROBATION DEPARTMENT, a public agency, ALAMEDA COUNTY, LADONNA HARRIS, individually and in her representative capacity, and ESA EHMEN KRAUSE, individually and in her representative capacity and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No.:  C 14-04856 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>Complaint Filed:  August 7, 2014 |

   WHEREAS, Defendants, ALAMEDA COUNTY, also sued erroneously herein as ALAMEDA COUNTY PROBATION DEPARTMENT ("County"), LADONNA HARRIS and ESA EHMEN-KRAUSE, through their attorneys of record, and Plaintiff, LISA HILL ("Plaintiff"), through her attorney of record, (collectively "Parties") have met and conferred over the currently scheduled deadlines;

1    WHEREAS, the Parties agree that they need more time to conduct discovery prior to the filing
2    of dispositive motions in light of defense counsel's recent substitution into this case;
3    WHEREAS, Defendants' counsel has advised Plaintiff's counsel that it would like to continue
4    the trial date due to Defendants' counsel's current trial schedule which includes trials scheduled for
5    June 6, 2015 and July 8, 2015.  Plaintiff's counsel in turn, advised Defendants' counsel that he will be
6    out of state beginning July 1 through August and then changing his employment in September, so he
7    intends to add co-counsel in this case and thus he cannot agree to a continued trial date until co-
8    counsel is added as counsel for Plaintiff;
9    WHEREAS, the Parties have agreed to continue the currently set discovery and dispositive
10   motion deadlines now and then agree to continue the current trial date of May 16, 2016 (with court
11   approval) after co-counsel for Plaintiff has been brought into the case;
12   WHEREAS, the Parties have also agreed to continue settlement discussions and consider the
13   possibility of engaging in another mediation session or settlement conference;
14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1  IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the schedule
2  for this case be modified as follows:
3  Non-expert discovery completed by **January 22, 2016.**
4  Motions pursuant to Fed. R. Civ. P. 56 filed by **February 19, 2015.**
5  Hearing on motions pursuant to Fed. R. Civ. P. 56 on **March 25, 2016.**
6  Expert disclosures by **April 1, 2016.**
7  Rebuttal expert disclosures by **April 8, 2016.**
8  Completion of expert discovery by **April 22, 2016.**
9  Continued trial date (currently set for May 16, 2016) to be determined after Plaintiff's counsel
10  associates co-counsel into this case.

11  Dated: November 23, 2015            PATTON ♦ WOLAN ♦ CARLISE, LLP

12                                By:  /s/ Andrea S. Carlise
13                                     ANDREA S. CARLISE
                                       ERIC R. DeWALT
14                                     KRISTIN A. SMITH
                                       Attorneys for Defendants
15                                     ALAMEDA COUNTY, also sued erroneously herein
                                       as ALAMEDA COUNTY PROBATION
16                                     DEPARTMENT, LADONNA HARRIS, and ESA
                                       EHMEN-KRAUSE
17

18  Dated: November 23, 2015            STEPHEN F. HENRY, ESQ.
19

20                                By:  /s/ Stephen Henry
21                                     STEPHEN F. HENRY
                                       Attorney for Plaintiff
22                                     LISA HILL

23
    IT IS SO ORDERED.
24

25  Dated:  November 24, 2015
26                                     THE HONORABLE CHARLES R. BREYER
                                       UNITED STATES DISTRICT JUDGE
27
28

STIPULATION AND [PROPOSED] ORDER                                    (Case No C 14-04856 CRB)
TO CONTINUE DISCOVERY AND DISPOSITIVE
MOTION DEADLINES
                                       3